UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Crystal Barentine v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13021-DRH |
| *Kimberly Gillespie v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10769-DRH |
| *Bridgette Hearne v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10240-DRH |
| *Patricia McGrath v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10745-DRH |
| *Stephanie McIntosh v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10750-DRH |
| *Melissa Moore v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10241-DRH |
| *Renee O'Neal v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10254-DRH |
| *Stacy Y. Sasaki v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13677-DRH |
| *Janna Walker v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10237-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 17, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      **BY:**   /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

**Dated:** June 19, 2014

Digitally signed by David R. Herndon
Date: 2014.06.19 10:33:07 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**

2